IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIFRESH MARKETING, LLC, | ) | CASE NO. 1:11-cv-00103 AWI JLT |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER AFTER SETTLEMENT CONFERENCE |
| FRUIT ROYALE, INC, | ) ) | |
| Defendant, | ) ) | |

At their settlement conference held on July 26, 2011, the parties reached an agreement on the record to settle the matter. Pursuant to this Court's Local Rule 160, this Court ORDERS:

1. No later than August 12, 2011, counsel SHALL obtain the parties' signatures on a settlement agreement;

2. No later than August 19, 2011, Defendant SHALL make payment of the settlement amount in the manner set forth by the terms of the settlement agreement;

3. No later than August 26, 2011, counsel SHALL file a stipulated request for dismissal;

4. All pending dates are **VACATED.**

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 110, 160 and 272.

IT IS SO ORDERED.

Dated:   **July 27, 2011**                                        /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE