IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFRESH MARKETING, LLC, a California Limited Liability Company,<br><br>      Plaintiff,<br>  v.<br><br>FRUIT ROYALE, INC., a California Corporation,<br><br>      Defendant. | NO. 1:11-CV-103  AWI-JLT<br><br>ORDER CLOSING CASE IN LIGHT OF STIPULATED DISMISSAL<br><br>(Doc. No. 16) |

  On August 12, 2011, the parties filed a stipulation for dismissal with prejudice. The stipulation is signed by all parties. See Court's Docket Doc. No. 16.

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a stipulation for the dismissal of a case, that is signed by all parties who have appeared in the case, is effective immediately and without the need for court order. Fed. R. Civ. Pro. 41(a)(1)(A)(ii); Garber v. Chicago Merch. Exch., 570 F.3d 1361, 1365 (Fed. Cir. 2010); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 & n.4 (9th Cir. 1986); Gardiner v. A.H. Robins Co., 747 F.2d 1180, 1189 (8th Cir. 1984). Because the parties' dismissal is effective upon filing, this case has automatically terminated with prejudice. See id.

  Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of the parties properly signed and filed stipulation for dismissal with prejudice.

IT IS SO ORDERED.

Dated: August 15, 2011

                    CHIEF UNITED STATES DISTRICT JUDGE